IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
| | | |
|---|---|---|
| **ALBERT B. DELLA VECCHIA**, | : | Case No. 5:17-bk-03008-RNO |
| aka Albert Della Vecchia, and | : | |
| **JANET MARIE DELLA VECCHIA**, | : | Chapter 13 |
| aka Janet M. Della Vecchia, | : | |
| aka Janet Della Vecchia, | : | |
| Debtors | : | |

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance on behalf of the Debtors **ALBERT B. DELLA VECCHIA** and **JANET MARIE DELLA VECCHIA** in the above-captioned matter.

/s/ J. Zac Christman
J. Zac Christman, Esq.
Attorney ID #80009

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of the Debtors **ALBERT B. DELLA VECCHIA** and **JANET MARIE DELLA VECCHIA** in the above-captioned matter.

/s/ Robert J. Kidwell
Robert J. Kidwell, Esq.
Attorney ID #206555
Newman Williams Mishkin
Corvelyn Wolfe & Fareri
712 Monroe Street
Stroudsburg, PA 18360
570-460-9561