## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Middle DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Albert B. Della Vecchia aka Albert Della Vecchia<br>　　　Janet Marie Della Vecchia aka Janet M. Della Vecchia aka Janet Della Vecchia<br>　　　　　　Debtor(s) | CHAPTER 13 |
| SELECT PORTFOLIO SERVICING INC.<br>　　　　　　Movant<br>　　　vs. | NO. 17-03008 RNO |
| Albert B. Della Vecchia aka Albert Della Vecchia<br>Janet Marie Della Vecchia aka Janet M. Della Vecchia aka Janet Della Vecchia<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>　　　　　　Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges pursuant to Rule 3002.1 of SELECT PORTFOLIO SERVICING INC., which was filed with the Court on or about **5/17/19**.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　412-430-3594

May 24, 2019