In re:  Case No. 17-03008-MJC
Albert B. Della Vecchia  Chapter 13
Janet Marie Della Vecchia
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 5
Date Rcvd: Aug 23, 2022     Form ID: 3180W     Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Albert B. Della Vecchia, Janet Marie Della Vecchia, 131 Timber Ridge Drive, Shohola, PA 18458-2814 |
| 4947440 | | ATLANTIC CREDIT & FINANCE, PO BOX 11887, ROANOKE, VA 24022-1887 |
| 4947455 | + | ELIZABETH MYERS, SHOHOLA TWP TAX COLLECTOR, 109 GERMAN HILL ROAD, SHOHOLA, PA 18458-3913 |
| 4947456 | | FIDELITY DEP & DISC BANK, 110 N BLAKELY ST, SCRANTON, PA 18512 |
| 4947457 | + | FIDELITY DEPOSIT, 338 N WASHINGTON AVE, SCRANTON, PA 18503-1554 |
| 4947459 | + | FOUNDATION RADIOLOGY GROUP, PO BOX 1198, SOMERSET, PA 15501-0336 |
| 4947460 | + | HAYT HAYT & LANDAU, TWO INDUSTRIAL WAY WEST, EATONTOWN, NJ 07724-2279 |
| 4947465 | | MORRISTOWN MEDICAL CENTER, PO BOX 35610, NEWARK, NJ 07193-5610 |
| 4998696 | | Morristown Medical Center, c/o CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 4947467 | | NATIONSTAR MORTGAGE, 8950 CYPRESS WATERS BLVD, DALLAS, TX 75063 |
| 4947468 | | NATIONSTAR MORTGAGE, PO BOX 199111, DALLAS, TX 75219-9111 |
| 4998698 | | Newton Medical Center, c/o CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 4947472 | + | POCONO MEDICAL CENTER, 206 EAST BROWN STREET, EAST STROUDSBURG, PA 18301-3094 |
| 4947482 | | VANGUARD, PO BOX 1110, VALLEY FORGE, PA 19482-1110 |
| 4947483 | | WELTMAN WEINBERG & REIS, 436 7TH AVE STE 2500, PITTSBURGH, PA 15219-1842 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 23 2022 18:37:00 | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 4947436 | + | EDI: CCS.COM | Aug 23 2022 22:38:00 | ALLSTATE PROPERTY & CASUALTY, C/O CREDIT COLL SERVICES, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 4947438 | + | Email/PDF: bncnotices@becket-lee.com | Aug 23 2022 18:37:31 | AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537 |
| 4947439 | | Email/Text: legal@arsnational.com | Aug 23 2022 18:37:00 | ARS NATIONAL SERVICES, PO BOX 469046, ESCONDIDO, CA 92046-9046 |
| 4962053 | | Email/PDF: bncnotices@becket-lee.com | Aug 23 2022 18:37:19 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4983988 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2022 18:37:20 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4947441 | | EDI: BANKAMER.COM | Aug 23 2022 22:38:00 | BANK OF AMERICA, PO BOX 982238, EL |

| | | | | |
|---|---|---|---|---|
| | | | | PASO, TX 79998-2238 |
| 4947442 | + | EDI: CITICORP.COM | Aug 23 2022 22:38:00 | BEST BUY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4975752 | + | EDI: BANKAMER2.COM | Aug 23 2022 22:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4947443 | | Email/Text: cms-bk@cms-collect.com | Aug 23 2022 18:37:00 | CAPITAL MANAGEMENT SVCS, 698 1/2 S OGDEN STEET, BUFFALO, NY 14206-2317 |
| 4947444 | + | EDI: CAPITALONE.COM | Aug 23 2022 22:38:00 | CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 4947445 | + | Email/Text: bankruptcy@cavps.com | Aug 23 2022 18:37:00 | CAVALRY PORTFOLIO SERVICE, 500 SUMMIT LAKE DRIVE, VALHALLA, NY 10595-2321 |
| 4947446 | + | Email/Text: bankruptcy@certifiedcollection.com | Aug 23 2022 18:37:00 | CERTIFIED CREDIT & COLL BUR, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 4947448 | | EDI: CITICORP.COM | Aug 23 2022 22:38:00 | CITICARDS CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 4947449 | + | EDI: WFNNB.COM | Aug 23 2022 22:38:00 | COMENITY BANK/SPMNGVSA, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 4947450 | ^ | MEBN | Aug 23 2022 18:34:20 | CREDIT CONTROL LLC, PO BOX 546, HAZELWOOD, MO 63042-0546 |
| 4947451 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2022 18:37:00 | CREDIT ONE BANK, C/O MIDLAND CREDIT MGMT, 2365 NORTHSIDE DR 300, SAN DIEGO, CA 92108-2710 |
| 4981501 | | Email/PDF: bncnotices@becket-lee.com | Aug 23 2022 18:37:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4978542 | + | Email/Text: bankruptcy@cavps.com | Aug 23 2022 18:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4947452 | | EDI: DISCOVER.COM | Aug 23 2022 22:38:00 | DISCOVER FINANCIAL SERVICES, PO BOX 15316, WILMINGTON, DE 19850 |
| 4949267 | | EDI: DISCOVER.COM | Aug 23 2022 22:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4947454 | + | Email/Text: MDSBankruptcies@meddatsys.com | Aug 23 2022 18:37:00 | EASTON HOSPITAL, C/O MEDICAL DATA SYSTEMS, 645 WALNUT ST STE 5, GADSDEN, AL 35901-4173 |
| 4947453 | + | Email/Text: MDSBankruptcies@meddatsys.com | Aug 23 2022 18:37:00 | EASTON HOSPITAL, C/O MEDICAL DATA SYSTEMS, 2001 9TH AVE STE 312, VERO BEACH, FL 32960-6413 |
| 4947458 | + | Email/Text: crdept@na.firstsource.com | Aug 23 2022 18:37:00 | FIRSTSOURCE ADVANTAGE, 205 BRYANT WOODS SOUTH, AMHERST, NY 14228-3609 |
| 4947462 | | Email/Text: clientservices@remexinc.com | Aug 23 2022 18:37:00 | IMAGE CARE CENTER, C/O REMEX INC, 307 WALL ST, PRINCETON, NJ 08540-1515 |
| 4947447 | | EDI: JPMORGANCHASE | Aug 23 2022 22:38:00 | CHASE BANK, PO BOX 15298, WILMINGTON, DE 19850 |
| 4947463 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 23 2022 18:37:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 4947464 | + | Email/Text: bkrpt@retrievalmasters.com | Aug 23 2022 18:37:00 | LABORATORY CORP OF AMERICA, C/O AMCA, 4 WESTCHESTER PLAZA BLDG 4, ELMSFORD, NY 10523-1612 |
| 4979250 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2022 18:37:20 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4947466 | ^ | MEBN | Aug 23 2022 18:34:19 | MRS BPO LLC, 1930 OLNEY AVE, CHERRY |

| | | | |
|---|---|---|---|
| | | | HILL, NJ 08003-2016 |
| 4966248 | Email/Text: nsm_bk_notices@mrcooper.com | Aug 23 2022 18:37:00 | Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741 |
| 4947469 | Email/Text: NCI_bankonotify@ncirm.com | Aug 23 2022 18:37:00 | NATIONWIDE CREDIT INC, PO BOX 14581, DES MOINES, IA 50306-3581 |
| 4957154 | + EDI: NFCU.COM | Aug 23 2022 22:38:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 4947471 | + EDI: NFCU.COM | Aug 23 2022 22:38:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3700, MERRIFIELD, VA 22119-3700 |
| 4947470 | + EDI: NFCU.COM | Aug 23 2022 22:38:00 | NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE SE, VIENNA, VA 22180-4907 |
| 4974536 | EDI: PRA.COM | Aug 23 2022 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4947645 | + EDI: RECOVERYCORP.COM | Aug 23 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4982013 | EDI: Q3G.COM | Aug 23 2022 22:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4947473 | + EDI: RMSC.COM | Aug 23 2022 22:38:00 | SYNCB/CARE CREDIT, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 4947474 | + EDI: RMSC.COM | Aug 23 2022 22:38:00 | SYNCB/LOWES, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4947475 | + EDI: RMSC.COM | Aug 23 2022 22:38:00 | SYNCB/PAYPAL EXTRAS MC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4947476 | + EDI: RMSC.COM | Aug 23 2022 22:38:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 4947478 | + EDI: PRA.COM | Aug 23 2022 22:38:00 | SYNCHRONY BANK, C/O PORTFOLIO RECOVERY ASSOC, 120 CORPORATE BLVD, NORFOLK, VA 23502-4952 |
| 4947477 | + Email/Text: bankruptcy@cavps.com | Aug 23 2022 18:37:00 | SYNCHRONY BANK, C/O CAVALRY PORTFOLIO SVCS, 500 SUMMIT LAKE DR STE 4A, VALHALLA, NY 10595-2323 |
| 4947479 | + EDI: PRA.COM | Aug 23 2022 22:38:00 | SYNCHRONY BANK/SAMS CLUB, C/O PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BLVD, NORFOLK, VA 23502-4952 |
| 5142445 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 23 2022 18:37:00 | Select Portfolio Servicing, Inc, as servicer for Federal Home Loan Mortg, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Select Portfolio Servicing, Inc, as servicer for Federal Home Loan Mortg 84119-3284 |
| 5142444 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 23 2022 18:37:00 | Select Portfolio Servicing, Inc, as servicer for Federal Home Loan Mortg, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 4994578 | + EDI: RMSC.COM | Aug 23 2022 22:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4947480 | + Email/Text: blindsay@transcontinentalcredit.com | Aug 23 2022 18:37:00 | TRANS-CONTINENTAL CREDIT & COLL, PO BOX 5055, WHITE PLAINS, NY 10602-5055 |
| 4947481 | + Email/Text: BAN5620@UCBINC.COM | Aug 23 2022 18:37:00 | UNITED COLLECTION BUREAU, 5620 SOUTHWYCK BLVD STE 206, TOLEDO, OH 43614-1501 |
| 5033996 | Email/PDF: bncnotices@becket-lee.com | Aug 23 2022 18:37:31 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

| | | | |
|---|---|---|---|
| 5033997 | Email/PDF: bncnotices@becket-lee.com | Aug 23 2022 18:37:31 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4947461 | | HOMEOWNER'S INSURANCE |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 4977185 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4947437 | ##+ | ALLTRAN FINANCIAL, PO BOX 610, SAUK RAPIDS, MN 56379-0610 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2022  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| Karina Velter | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Albert B. Della Vecchia rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Janet Marie Della Vecchia rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Albert B. Della Vecchia lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams. |

com;swiggins@newmanwilliams.com

Vincent Rubino

on behalf of Debtor 2 Janet Marie Della Vecchia
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Albert B. Della Vecchia | Social Security number or ITIN: xxx–xx–0965 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Janet Marie Della Vecchia | Social Security number or ITIN: xxx–xx–2414 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 5:17-bk-03008-MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Albert B. Della Vecchia
aka Albert Della Vecchia

Janet Marie Della Vecchia
aka Janet M. Della Vecchia, aka Janet Della Vecchia

8/23/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W     **Chapter 13 Discharge**     page 2