# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Albert B. Della Vecchia,<br>aka Albert Della Vecchia, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:17–bk–03008–MJC |
| Janet Marie Della Vecchia,<br>aka Janet M. Della Vecchia, aka Janet Della Vecchia, | | |
| **Debtor 2** | | |

Social Security No.:
           xxx–xx–0965        xxx–xx–2414

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: October 25, 2022

**fnldec** (01/22)